```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


ROBERT TREMAINE; FORT MYERS LOCAL
CHARITIES BINGO, INC.,

                 Plaintiffs,

vs.                                    Case No.  2:04-cv-151-FtM-29SPC

HOMER  F.  DOWNS,  II;  LLOYD  L.
LATHROP; JON D. GOLDSTEIN; JONATHAN
KAPLAN;   LLDD,   INC.;  CAPE  CORAL
BINGO,  INC.;  BB  &  B  MANAGEMENT
CONSULTANTS, INC.; JDG LEASING-PHASE
II, INC.; AMUSEMENT & MANGEMENT CO.,
INC. OF LEE COUNTY; THE ASSOCIATION
OF FLORIDA BINGOS, INC.,

                 Defendants.
_____
```

**OPINION AND ORDER**

This matter comes before the Court on defendants Amusement & Management Co., Inc., of Lee County, and Jonathan Kaplan's Motion to Dismiss (Doc. #59), filed on June 16, 2005.  Plaintiffs filed a Reply (Doc. #60) on June 23, 2005.  Defendants Jon D. Goldstein and JDG Leasing - Phase II, Inc. filed a Joinder (Doc. #61) on June 24, 2005, which will be construed as a Motion to Dismiss.  Defendants argue that claims by plaintiff Fort Myers Local Charities Bingo, Inc. must be dismissed for lack of jurisdiction because it is an administratively dissolved corporation, or in the alternative, the case should be stayed so that the corporation may be reinstated as active.

Plaintiffs are being coy as to whether Fort Myers Local Charities Bingo, Inc. is a dissolved corporation. Their Reply concedes that counsel advised opposing counsel that the corporation was out of business, but asserts counsel did not opine one way or the other whether the corporation was dissolved. In any event, defendants filed Answers and Affirmative Defenses (Docs. #10, #19) to the Complaint on April 7, 2004, and April 23, 2004. Therefore, the motion under Fed. R. Civ. P. 12(b) is inappropriate, <u>Skrtich v. Thornton</u>, 280 F.3d 1295, 1306 (11th Cir. 2002), and a nullity, <u>Byrne v. Nezhat</u>, 261 F.3d 1075, 1093 n. 35 (11th Cir. 2001).

Accordingly, it is now

**ORDERED**:

1. Defendants Amusement & Management Co., Inc., of Lee County, and Jonathan Kaplan's Motion to Dismiss (Doc. #59) is **DENIED**.

2. Defendants Jon D. Goldstein and JDG Leasing - Phase II, Inc.'s Motion to Dismiss, based on the Joinder (Doc. #61), is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this  21st  day of July, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record